IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KELECHI LINARDON,

     Appellant,

                                     Case No.  5D21-2868
v.                                LT Case No. 2018-38162-COCI


THE CONDOMINIUMS AT GEORGETOWNE
LAKE CONDOMINIUM ASSOCIATION, INC.,

     Appellee.

_____/

Decision filed November 1, 2022

Appeal from the County Court
for Volusia County,
Wesley Heidt, Judge.

Lane Weinbaum, of Weinbaum,
P.A., Coral Springs, for Appellant.

Robert D. Robins, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, COHEN and EDWARDS, JJ., concur.